UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ladonna Ragsdale,<br><br>    Plaintiff,<br><br>v.<br><br>Check Resolution Service, Inc.<br><br>    Defendant. | Case No. 1:09-cv-6482<br><br><br>**NOTICE OF MOTION** |

To:    Check Resolution Service, Inc
        1561 Kenmore Ave.
        Kenmore, NY 14217

    PLEASE TAKE NOTICE that on February 2, 2010, at the hour of 8:30am, or as soon thereafter as counsel may be heard, I shall appear before Judge St. Eve or any judge sitting in her stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1241, and then and there present **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**, a copy of which is served upon you.

                        RESPECTFULLY SUBMITTED,

                        Legal Helpers, P.C.

                        By: s/Timothy J. Sostrin
                            Timothy J. Sostrin
                            Bar ID # 6290807
                            233 S. Wacker, Suite 5150
                            Chicago, IL 60606
                            Telephone:  866-339-1156
                            Email:  tjs@legalhelpers.com
                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2010, I served Defendant with a copy of the foregoing Notice by depositing a copy of the same in the United States mail addressed as follows:

Check Resolution Service, Inc.
1561 Kenmore Ave.
Kenmore, NY 14217

/s/ Timothy J. Sostrin