# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Ladonna Ragsdale,<br><br>　　Plaintiff,<br><br>　v.<br><br>Check Resolution Service, Inc.<br><br>　　Defendant. | Case No. 1:09-cv-6482<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

For good cause shown, Plaintiff's Motion for Default Judgment is granted. The Court awards Plaintiff $1000.00 in statutory damages, $15,000.00 in actual damages, and $2,885.00 in attorneys' fees and costs. Accordingly, judgment in the amount of Eighteen Thousand Eight Hundred and Eighty-Five dollars ($18,885.00) is hereby entered against Defendant Check Resolution Service, Inc. and in favor of Plaintiff Ladonna Ragsdale.

**IT IS SO ORDERED.**

_____
**Judge Amy J. St. Eve**

Dated: February 2, 2010